Louis Salac v. The State.

No. 9826.    Delivered October 14, 1925.

**Manufacture of Intoxicating Liquor—Death of Appellant—Appeal Dismissed.**

It being made known to the court by satisfactory proof that appellant is now dead, the appeal is dismissed.

Appeal from the District Court of Milam County.    Tried below before the Hon. John Watson, Judge.

Appeal from a conviction of manufacturing intoxicating liquor; penalty, one year in the penitentiary.

*Wood & Wood,* counsel for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, Judge.—Conviction is for the manufacture of intoxicating liquor with the punishment fixed at confinement in the penitentiary for a period of one year.

It is made to appear by proper and satisfactory proof that since the appeal was perfected and the record thereof fied in this court that appellant has departed this life.

It is therefore ordered that the appeal be abated.

*Abated.*